UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:18-CV-222-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING WARNING** |
| TRISHA G. THOMAS, et al., | ) | **ORDER REPORT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney Douglas G. Benge was appointed to serve as warning order attorney for Defendant the Unknown Spouse of Trisha G. Thomas [R. 8]. Attorney Benge has now filed his report and requests payment of his attorney fees [R. 9]. The Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Warning Order Report is **ACCEPTED**, and attorney Douglas G. Benge's motion for an award of fees [**R. 9**] is **GRANTED**.

2. Attorney Benge is relieved of any further duties as warning order attorney in this matter. It is further **ORDERED** that he be allowed an attorney fee of **$200.00**.

This the 2nd day of January, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY